Exhibit B

23 2 7136 ******************AUTO**ALL FOR AADC 270
JASON L WARREN

February 12, 2025

## NOTICE OF DATA EVENT

Dear Jason L Warren:

Riley Pope & Laney, LLC ("RPL") writes to inform you of an incident that may affect the security of some of your information. This letter provides an overview of the incident, our response, and steps you may take to better protect yourself should you wish to do so.

**What Happened?** On August 12, 2024, RPL identified suspicious activity on its network and moved quickly to secure its environment. RPL immediately initiated an investigation with the assistance of third-party forensic specialists to determine the nature and scope of the activity. Through the investigation, we determined that there was unauthorized access to our network between August 11, 2024 and August 12, 2024. While on the network, the unauthorized actor acquired certain information stored therein. Therefore, RPL undertook a comprehensive review of the data at risk to determine what information was at issue and to whom the information related. On December 10, 2024, RPL completed this review and determined that information related to you could be affected.

**What Information Was Involved?** The information that could have been impacted includes your name and the following types of information: Social Security number or individual taxpayer identification number.

**What We Are Doing.** RPL takes the confidentiality, privacy, and security of information in its care very seriously. Upon discovering the incident, we took immediate steps to secure our network and strengthen our security posture moving forward. We also reported the incident to law enforcement.

As an added precaution, RPL is offering you access to complimentary credit monitoring and identity restoration services through Experian for 12 months. The deadline to enroll in these services is May 30, 2025. Please note that you will need to enroll yourself in these services, as we are not able to do so on your behalf. You can find instructions regarding how to enroll in the enclosed *Steps You Can Take to Protect Personal Information*.

**What You Can Do.** You can review the enclosed *Steps You Can Take to Protect Personal Information* which contains guidance regarding what you can do to better protect against possible misuse of your information. We also encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity. Additionally, you can enroll in the complimentary services we are offering.

**For More Information.** We understand you may have questions about the incident that are not addressed in this letter. If you have questions, please call 833-918-0981, Monday through Friday from 9:00 a.m. to 9:00 p.m. Eastern Time, excluding major U.S. holidays. You may also write to RPL at P.O. Box 11412, Columbia, SC 29201.